# EXHIBIT A

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT
7/31/2017 8:37:21 AM

BY: JIM ORR
DEPUTY

Case No. C20173644
HON. JEFFREY T. BERGIN

1 | KARNAS LAW FIRM, P.C.
2 | 4810 E. Broadway Blvd
Tucson, Arizona 85364
3 | Phone: 520-571-9700
M. David Karnas, Esq. (SBN 013728)
4 | karnas@bellovinkarnas.com
5 | *Attorneys for Plaintiff*

6 | ### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

7 | ### IN AND FOR THE COUNTY OF PIMA

8 |

| | |
|---|---|
| 9    **BRADLEY D. RAY,** a married person; | **NO.** |
| 10       Plaintiff, | |
| 11    vs. | **COMPLAINT** |
| 12 | **(Negligence, Breach of Contract, Bad Faith)** |
| 13    **LIBERTY   MUTUAL   INSURANCE GROUP,** a Massachusettts corporation; | |
| 14    **LIBERTY   MUTUAL   INSURANCE COMPANY;** a Massachusetts corporation; | |
| 15    **JOHN DOES I-V; JANE DOES I-V;** | |
| 16    **ABC   CORPORATIONS   I-V;   XYZ PARTNERSHIPS I-V;** Inclusive, | *(Jury Trial Requested)* |
| 17 | |
| 18       Defendants. | |

19 |

20 | Plaintiff, through counsel undersigned, for his claim alleges as follows:

21 |

22 | ### I. PARTIES, JURISDICTION, AND VENUE

23 | 1.      At all relevant times, all acts Plaintiff complains of occurred in Pima County, Arizona.

24 | 2.      Plaintiff Bradley Ray ("Mr. Ray"), at all relevant times, was a resident of
25 | Pima County, Arizona.

26 | 3.      Defendant Liberty Mutual Insurance Group ("Defendant Liberty Mutual"),
27 | is a Massachusetts corporation, duly licensed to sell and administer insurance in the
28 | State of Arizona.  Upon information and belief, Defendant Liberty Mutual Insurance

1

1  Group wholly owns the subsidiary Defendant Liberty Mutual Insurance Company and
2  procures profits derived therefrom, directs the selling of Liberty Mutual policies in the
3  State of Arizona, collects premiums, underwrites risks and retrocedes premiums and
4  profits thereto for said Defendant Liberty Mutual Insurance Company.

5      4.      The identity, capacity, and involvement of the fictitiously designated
6  Defendants are presently unknown but will be appropriately designated when
7  ascertained.

8      5.      Venue properly lies in this Court pursuant to A.R.S. § 12-401.

9

10                          **II. GENERAL ALLEGATIONS**

11      6.      Plaintiff has held Liberty Mutual insurance policies covering his automobile.
12  In 2015 Plaintiff paid in full all premiums for Policy No. AOS-268-109134-40 to insure his
13  2006 Harley Davidson motorcycle. Coverage during this period of time consisted of,
14  among other things, $100,000.00 per person and $300,000.00 per occurrence of uninsured
15  and underinsured motorist benefits.

16      7.      On or about December 3, 2015, Plaintiff was involved in a motorcycle wreck
17  with a phantom vehicle. Plaintiff was traveling northbound on Oracle Road in Tucson when
18  he was cut off by a vehicle that caused Plaintiff to take evasive action and crash. The vehicle
19  that cut off Plaintiff, left the scene.
20

21      8.      As a direct and proximate result of that accident Plaintiff suffered severe
22  injuries, including, but not limited to, back strain and abrasions.

23      9.      As a direct and proximate result of the accident and the injuries sustained,
24  Plaintiff incurred medical bills.

25      10.     Subsequent to the accident, Plaintiff, pursuant to provisions of his Liberty
26  Mutual Insurance policy, made a claim for uninsured motorist coverage including payment
27  for the damage to his motorcycle.

28      11.     Defendants failed to adequately investigate Plaintiff's claims.

2

12.     Defendants failed to give equal consideration to Plaintiff's claims.

13.     Defendants refused to arbitrate Plaintiff's claims pursuant to the provision of this Liberty Mutual Insurance policy.

14.     Defendants by their unreasonable investigation and adversarial position in handling Plaintiff's claims forced Plaintiff into litigation.

15.     Defendants failed to reasonably inform Plaintiff of all his rights and Obligations under the policy of insurance.

16.     Defendants intended by their acts to cause a *de facto* denial of benefits to Plaintiff.

17.     Although it has been well over a year since Plaintiff's accident, Plaintiff has still not been compensated for his claim to rightful benefits.

18.     Pursuant to the contract of insurance issued by Defendants to Plaintiff, Plaintiff is required to file suit against Defendants for the purposes of proving the merits of his uninsured motorist claim. By failing to make a good faith offer to Plaintiff, Defendants have in effect forced litigation.

### III.  CLAIMS

#### Count One:   Breach of Contract

19.     Plaintiff realleges and incorporates all preceding paragraphs as if fully set forth herein and further alleges as follows:

20.     Defendants' failure to make a good faith offer and refusal to consider payment for Plaintiff's damages constitute a *de facto* denial of coverage.

21.     Defendants' failure to offer payment for Plaintiff's claim under the contract Plaintiff purchased from Defendants constitutes a breach of contract.

3

22.     As a direct and proximate result of the breach, Plaintiff has incurred direct and consequential damages.

### Count Two:  Bad Faith

23.     Plaintiff realleges and incorporates all preceding paragraphs as if fully set forth herein and further alleges as follows

24.     In every contract of insurance there is inherent in it the covenant of good faith and fair dealing.

25.     Defendants' failure to adequately investigate, failure to treat Plaintiff's claims with equal consideration, failure to make a good faith offer, failure to make reasonable efforts to alleviate the necessity of litigation and failure to pay a reasonable amount to Plaintiffs is a breach of the covenant of good faith and fair dealing.

26.     As a direct and proximate result of Defendants' breach of the covenant of good faith and fair dealing, Plaintiff has incurred damages.

27.     Upon information and belief, Defendants act with a consistent pattern to undermine the security of its own insurance policies to the detriment of its insureds including Plaintiff, to the extent that it constitutes a conscious disregard of the substantial likelihood that such conduct is likely to cause injury and constitutes conduct sufficient to incur a penalty of punitive damages.

28.     Plaintiff is therefore entitled to punitive damages in an amount sufficient to stop such conduct and deter similar conduct in the future.

### Count Three:  Negligense

28.     Plaintiff realleges and incorporates all preceding paragraphs as if fully set forth herein and further alleges as follows:

29.     Because Plaintiff was severely injured as a direct and proximate result of the negligence of an uninsured motorist, Plaintiff is entitled to uninsured motorist benefits pursuant to the contract of insurance he purchased from Defendants.

30.     Plaintiff is entitled to special and general damages by law to the extent of the

1    contract, but not more than $100,000 per policy.

2        **WHEREFORE**, having fully averred their Complaint, Plaintiff prays for the

3    following:

4        1.      For judgment in favor of Plaintiff and against Defendants jointly and severally

5    for the full amount of uninsured motorist benefits;

6        2.      For judgment in favor of Plaintiff and against Defendants on his claims of

7    breach of contract and bad faith;

8        3.      For all special damages in an amount to be proven at trial

9        4.      For all general damages in an amount to be proven at trial;

10       5.      For punitive damages in an amount sufficient to punish the Defendants jointly

11   and severally and to deter similar future conduct by these Defendants and other similarly

12   situated insurance companies;

13       6.      For costs incurred herein;

14       7.      For attorneys' fees and taxable costs pursuant to A.R.S. §12-341.01; and

15       8.      For such other and further relief as this Court deems just and proper in the

16   premises.

17           DATED this 31st day of July, 2017.

18

19

20                                                        KARNAS LAW FIRM, P.C.

21                                                        */s/ M. David Karnas*

22                                              By        _____

23                                                        M. David Karnas, Esq.
                                                         *Attorney for Plaintiff*

24   ORIGINAL of the foregoing
25   filed this 31st day of July, 2017, with:
     Clerk of the Court
26   Pima County Superior Court
27   110 W Congress St, Room 131-A
     Tucson, AZ 85701
28

# EXHIBIT B

| Attorney or Party without Attorney:<br>KARNAS LAW FIRM, PC<br>MATTHEW D KARNAS (13728)<br>4810 E. BROADWAY BOULEVARD<br>TUCSON , AZ 85711<br>Telephone No:  (520) 571-9700 | | For Court Use Only |
|---|---|---|
| Attorney For:  Plaintiff | Ref. No. or File No.:  C20173644 | |
| Insert name of Court, and Judicial District and Branch Court:<br>PIMA COUNTY SUPERIOR COURT | | |
| Plaintiff:  BRADLEY D RAY, A MARRIED PERSON<br>Defendant:  LIBERTY MUTUAL INSURANCE GROUP, A MASSACHUSETTS CORPORATION | | |

| AFFIDAVIT OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C20173644 |
|---|---|---|---|---|

1.  At the time of service I was at least 21 years of age and not a party to this action.

2.  I served copies of the
    SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION; COVERSHEET

3.  a.  Party served:    LIBERTY MUTUAL INSURANCE COMPANY, A MASSACHUSETTS CORPORATION, BY SERVICE UPON ITS STATUTORY AGENT, RALPH
            E. CARGO
    b.  Person served:  Yuliana Salinas, Fiscal Services Specialist

4.  Address where the party was served:    2910 N. 44th St. #210, Phoenix, AZ 85018

5.  I served the party:
    a. by substituted service.  On: Tue, Aug 01 2017 at: 01:35 PM by leaving the copies with or in the presence of:
            Yuliana Salinas, Fiscal Services Specialist, Hispanic , Female , 30's , Black Hair, Brown Eyes, 5'5, 165 Pounds

    (a) (Arizona Department of Insurance ) Person of suitable age and discretion. Informed him or her of the general nature of the papers.
    (b) I received for service on: Mon, July 31, 2017

    Service: $41.80, Mileage: $24.00, Notary: $10.00, Wait: $0.00, Fees Advanced: $16.50, Total: $92.30

                                                            I Declare under penalty of perjury under the laws of the State of
                                                            Arizona that the foregoing is true and correct.

6.  Person Executing:
    a. Bill Bilyk MC-8749;
    b. Registered in Maricopa County
       First Legal Support Services
       65 E. Pennington Street
       TUCSON, AZ 85701
    c. (520) 798-2200



                                        ___8|02|17___                    ___B.B.___
                                          (Date)                          (Signature)

7.  STATE OF ARIZONA, COUNTY OF   MARICOPA
    Subscribed and sworn to (or affirmed) before on this _____2_____ day of __August__ 2017 by Bill Bilyk (MC-8749)
    proved to me on the basis of satisfactory evidence to be the person who appeared before me.

                    OFFICIAL SEAL
                    TRICIA DESPAIN
                    Notary Public - State of Arizona                    _____
                    MARICOPA COUNTY          AFFIDAVIT OF SERVICE           (Notary Signature)
                    My Comm. Expires March 8, 2019



                                                                            1569962 (35050770)

# EXHIBIT C


**CSC**

# Notice of Service of Process

null / ALL
**Transmittal Number: 16973151**
**Date Processed: 08/04/2017**

**Primary Contact:**     Bruce Buttaro
Liberty Mutual Insurance Company
175 Berkeley Street
Boston, MA 02116

| | |
|---|---|
| **Entity:** | Liberty Mutual Insurance Company |
| | Entity ID Number  1765547 |
| **Entity Served:** | Liberty Mutual Ins Co |
| **Title of Action:** | Bradley D. Ray vs. Liberty Mutual Insurance Group |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Pima County Superior Court, Arizona |
| **Case/Reference No:** | C20173644 |
| **Jurisdiction Served:** | Arizona |
| **Date Served on CSC:** | 08/04/2017 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | AZ Department of Insurance on 08/01/2017 |
| **How Served:** | Certified Mail |
| Sender Information: | M. David Karnas |
| | 520-571-9700 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

# EXHIBIT D

Person/Attorney Filing: Matthew D Karnas
Mailing Address: 4810 E. Broadway Blvd
City, State, Zip Code: Tucsion, AZ 85711
Phone Number: (520) 571-9700 X7011
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 013728, Issuing State: AZ
Attorney E-Mail Address: karnas@karnaslaw.com

STATE OF ARIZONA
DEPT. OF INSURANCE

AUG 01 2017
TIME 1:29 pm
SERVICE OF PROCESS

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
# IN AND FOR THE COUNTY OF PIMA

Bradley D Ray
Plaintiff(s),

Case No.___C20173644_____

HON. JEFFREY T. BERGIN

V.

Liberty Mutual Insurance Group, et
al.
Defendant(s).

**SUMMONS**

To: Liberty Mutual Insurance Company

WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS
YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT
UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1.  A lawsuit has been filed against you. A copy of the lawsuit and other related court
paperwork has been served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
Answer in writing with the Court, and you must pay the required filing fee. To file your
Answer, take or send the papers to Office of the Clerk of the Superior Court,
110 West Congress Street, Tucson, Arizona 85701 or electronically file your
Answer through AZTurboCourt at www.azturbocourt.gov.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
of this Summons. Note: If you do not file electronically you will not have electronic
access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of
Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
date of service, not counting the day of service. If the papers were served on you
outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR
DAYS, not counting the day of service.

12/30/2016 CAC

AZTurboCourt.gov Form Set #2388242

Requests for reasonable accommodations for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  Pima                                      *July 31, 2017*                              .

*Toni L. Hellon*
Clerk of the Superior Court

By: *Jim Orr*
          Deputy Clerk



12/30/2016 CAC

# EXHIBIT E

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT

7/31/2017 8:37:21 AM

BY: JIM ORR
                DEPUTY

Person/Attorney Filing: Matthew D Karnas
Mailing Address: 4810 E. Broadway Blvd
City, State, Zip Code: Tucsion, AZ 85711
Phone Number: (520) 571-9700 X7011
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 013728, Issuing State: AZ
Attorney E-Mail Address: karnas@karnaslaw.com

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF PIMA

Bradley D Ray
Plaintiff(s),

V.

Liberty Mutual Insurance Group, et
al.
Defendant(s).

Case No. _____ C20173644 _____

## CERTIFICATE OF COMPULSORY
## ARBITRATION

I certify that I am aware of the dollar limits and any other limitations set forth by the

Local Rules of Practice for the Pima County Superior Court, and I further certify that

this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of

the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this *July 31, 2017*

By: *Matthew D Karnas /s/* _____
Plaintiff/Attorney for Plaintiff

AZTurboCourt.gov Form Set #2280242

12/30/2016 ver. 1

# EXHIBIT F

| Attorney or Party without Attorney:<br>KARNAS LAW FIRM, PC<br>MATTHEW D KARNAS (13728)<br>4810 E. BROADWAY BOULEVARD<br>TUCSON , AZ 85711<br>Telephone No: (520) 571-9700 | | For Court Use Only |
|---|---|---|
| Attorney For: Plaintiff | Ref. No. or File No.: C20173644 | |
| Insert name of Court, and Judicial District and Branch Court:<br>PIMA COUNTY SUPERIOR COURT | | |
| Plaintiff: BRADLEY D RAY, A MARRIED PERSON<br>Defendant: LIBERTY MUTUAL INSURANCE GROUP, A MASSACHUSETTS CORPORATION | | |

| AFFIDAVIT OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C20173644 |
|---|---|---|---|---|

1.  At the time of service I was at least 21 years of age and not a party to this action.

2.  I served copies of the
    SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION; COVERSHEET

3.  a.  Party served:    LIBERTY MUTUAL INSURANCE GROUP, A MASSACHUSETTS CORPORATION, BY SERVICE UPON ITS STATUTORY AGENT
                         CORPORATION SERVICE COMPANY
    b.  Person served:   Josef Patawaran, Service Of Process Coordinator

4.  Address where the party was served:    2338 WEST ROYAL PALM ROAD, SUITE J, PHOENIX , AZ 85021

5.  I served the party:
    a. by substituted service.   On: Tue, Aug 01 2017 at: 02:56 PM by leaving the copies with or in the presence of:
                         Josef Patawaran, Service Of Process Coordinator, Asian American , Male , 20's , Black Hair, Brown Eyes, 5'6, 145 Pounds

    (a) ( Person of suitable age and discretion. Informed him or her of the general nature of the papers.
    (b) I received for service on: Mon, July 31, 2017


    Service: $25.25, Mileage: $24.00, Notary: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $59.25

                                                        I Declare under penalty of perjury under the laws of the State of
                                                        Arizona that the foregoing is true and correct.
6.  Person Executing:
    a. Bill Bilyk MC-8749;
    b. Registered in Maricopa County
       First Legal Support Services
       65 E. Pennington Street
       TUCSON, AZ 85701
    c. (520) 798-2200


                              8/02/17                          B. Bl
                              (Date)                           (Signature)


7.  STATE OF ARIZONA, COUNTY OF   MARICOPA
    Subscribed and sworn to (or affirmed) before on this ____2____ day of __August__ 2017 by Bill Bilyk (MC-8749)
    proved to me on the basis of satisfactory evidence to be the person who appeared before me.




OFFICIAL SEAL
TRICIA DESPAIN
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires March 6, 2019

AFFIDAVIT OF SERVICE

                                                        (Notary Signature)

                                                        1569956 (35050772)

# EXHIBIT G



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 16956025**
**Date Processed: 08/01/2017**

| Primary Contact: | Bruce Buttaro<br>Liberty Mutual Insurance Company<br>175 Berkeley Street<br>Boston, MA 02116 |
|---|---|

| Entity: | Liberty Mutual Group Inc.<br>Entity ID Number  2541558 |
|---|---|
| Entity Served: | Liberty Mutual Insurance Group |
| Title of Action: | Bradley D. Ray vs. Liberty Mutual Insurance Group |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Contract |
| Court/Agency: | Pima County Superior Court, Arizona |
| Case/Reference No: | C20173644 |
| Jurisdiction Served: | Arizona |
| Date Served on CSC: | 08/01/2017 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | M. David Karnas<br>520-571-9700 X7011 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

# EXHIBIT H

Person/Attorney Filing: Matthew D Karnas
Mailing Address: 4810 E. Broadway Blvd
City, State, Zip Code: Tucsion, AZ 85711
Phone Number: (520) 571-9700 X7011
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 013728, Issuing State: AZ
Attorney E-Mail Address: karnas@karnaslaw.com

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

Bradley D Ray
Plaintiff(s),

V.

Liberty Mutual Insurance Group, et
al.
Defendant(s).

Case No.   C20173644

HON. JEFFREY T. BERGIN

**SUMMONS**

To: Liberty Mutual Insurance Group

WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS
YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT
UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1.  A lawsuit has been filed against you. A copy of the lawsuit and other related court
paperwork has been served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
Answer in writing with the Court, and you must pay the required filing fee. To file your
Answer, take or send the papers to Office of the Clerk of the Superior Court,
110 West Congress Street, Tucson, Arizona 85701 or electronically file your
Answer through AZTurboCourt at www.azturbocourt.gov.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
of this Summons. Note: If you do not file electronically you will not have electronic
access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of
Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
date of service, not counting the day of service. If the papers were served on you
outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR
DAYS, not counting the day of service.

12/30/2016 CAC

AZTurboCourt.gov Form Set #2208242

Requests for reasonable accommodations for persons with disabilities must be made to
the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and
for the County of Pima_____ *July 31, 2017*_____.

*Toni L. Hellon*
Clerk of the Superior Court

By: *Jim Orr*_____
　　　Deputy Clerk



AZturboCourt.gov Form Set #2286242

12/30/2016 CAC

# EXHIBIT I

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT

7/31/2017 8:37:21 AM

BY: JIM ORR
DEPUTY

Person/Attorney Filing: Matthew D Karnas
Mailing Address: 4810 E. Broadway Blvd
City, State, Zip Code: Tucsion, AZ 85711
Phone Number: (520) 571-9700 X7011
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 013728, Issuing State: AZ
Attorney E-Mail Address: karnas@karnaslaw.com

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF PIMA

Bradley D Ray
Plaintiff(s),

Case No.   C20173644

V.

## CERTIFICATE OF COMPULSORY ARBITRATION

Liberty Mutual Insurance Group, et
al.
Defendant(s).

I certify that I am aware of the dollar limits and any other limitations set forth by the

Local Rules of Practice for the Pima County Superior Court, and I further certify that

this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of

the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this *July 31, 2017*

By: *Matthew D Karnas /s/*
Plaintiff/Attorney for Plaintiff

12/30/2016 ver. 1

# EXHIBIT J

## Fratterelli, Danielle

| | |
|---|---|
| **From:** | David Karnas <karnas@karnaslaw.com> |
| **Sent:** | Tuesday, August 22, 2017 7:32 PM |
| **To:** | Mear, Richard |
| **Subject:** | Re: Ray v. LMIC (C20173644): Stipulation that damages are $75k or less |

No, but pleased to discuss this with you. Let's talk next Monday

*Sincerely,*

*Matthew David Karnas, Esq.*
*KARNAS LAW FIRM, PLLC*
*Phoenix/San Diego/Tucson/Yuma*
*Phone: 520-609-6500*
*Karnas@karnaslaw.com*

*Confidentiality Notice: This email and any attachments are confidential and legally privileged pursuant to 18 U.S.C. Sections 2510-2521. They may also be privileged as attorney work product. They are intended only for the individual or entity named above. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify the sender by replying to this message, and then delete it from your system.*

On Aug 22, 2017, at 3:16 PM, Mear, Richard <rmear@cavanaghlaw.com> wrote:

Good Afternoon Mr. Karnas,

I have been retained by Liberty Mutual in the Ray matter filed in Pima County Superior Court on or about 07/31/2017. I will be petitioning for removal of the matter to Federal District Court. Before I make that petition I wanted to better understand the amount of damages you are seeking in this matter.

Will you stipulate that the amount of damages that you are seeking in this matter are $75,000.00 or less?

Thank you for your attention to this,

Richard

RICHARD W. MEAR
SENIOR MEMBER
<image001.png>
Responsive. Creative. Results.
Office: 602.322.4143
Cell: 480.251.8281
Click for web biography

1

The information contained in this message is attorney/client privileged and/or confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or printing of this communication is strictly prohibited! If you have received this message in error, please notify us immediately by telephone at 602-322-4000 (or by reply e-mail) and delete this message. Thank You.